UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Robert Lipman, | ) | Case No. 3:10-cv-0062 |
| | ) | Judge Nixon |
| Plaintiff, | ) | Magistrate Judge Griffin |
| | ) | |
| v. | ) | |
| | ) | |
| Global Wine Group, Inc., | ) | |
| | ) | |
| Defendant | ) | |

## ENTRY OF DEFAULT

Pending is Plaintiff's Application for Entry of Default as to Defendant (Docket Entry No. 9). Service was made upon an officer of Defendant Global Wine Group, Inc. on February 27, 2010. A return of service was filed with the Court on March 8, 2010 (Docket Entry No. 8). No answer or other responsive pleading has been filed by Defendant within the time period required by law. Accordingly, Plaintiff's Application for Entry of Default is granted and default is hereby entered against Defendant Global Wine Group, Inc. pursuant to Federal Rule of Civil Procedure 55(a).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court

1